IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM C. COLEY,

    Petitioner,

vs.                                                                          Case No. 4:08cv388-SPM/WCS

WALTER A. McNEIL,

    Respondent.

_____/

## ORDER

THIS CAUSE comes before the court on the Magistrate Judge's Report and Recommendation (doc. 23). Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Even after the Magistrate Judge granted Petitioner's request for an extension of time in which to file his objections, to date, no objections have been filed. Having considered the Report and Recommendation, I have determined that the it should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 23) is ***adopted*** and incorporated by reference in this order.

2. Petitioner's § 2254 petition (doc. 21) is ***summarily dismissed*** as

    untimely and for failure to state a cognizable claim.

3.  The clerk shall close this case.

DONE AND ORDERED this <u>second</u> day of March, 2009.


        <u>*s/ Stephan P. Mickle*</u>
        Stephan P. Mickle
        United States District Judge